**WWR # 21312111**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Charles A Lombardo ) | |
| Lonna J Lombardo ) | Bankruptcy No. 16-70510-JAD |
| Debtors ) | |
| ) | Chapter 13 |
| Ford Motor Credit Company LLC ) | |
| ) | |
| Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Charles A Lombardo ) | |
| Lonna J Lombardo ) | |
| Ronda J. Winnecour, TRUSTEE ) | |
| Respondents ) | |

**NOTICE OF HEARING WITH RESPONSE DEADLINE**
**ON CITIZENS BANK, N.A. MOTION FOR RELIEF FROM AUTOMATIC STAY**

TO THE RESPONDENT(S):

You are hereby notified that the above Movant seeks an order affecting your rights or property.

You are further notified to file with the Clerk and serve upon the undersigned attorney for Movant a response to the motion no later than 11/21/2016, i.e. seventeen (17) days after the date of service below, in accordance with the Federal Rules of Bankruptcy Procedure, Local Rules and Procedures of this Court, and the procedures of the Presiding Judge as found on the Judge's web page at www.uscourts.gov. If you fail to timely respond, the Motion may be granted by the court by default without a hearing.

You should take this to your lawyer at once.

A hearing will be held on 12/01/2016 at 10:00 a.m. before Judge Jeffery A. Deller in Bankruptcy Court Room, "B", Penn Traffic Building, First Floor, 319 Washington Street, Johnstown, PA 15901. Only a limited time of 15 minutes is being provided on the calendar. No witnesses will be heard. If there is an issue of fact, an evidentiary hearing will be scheduled at a later date by the Court. An order granting the relief sought may be entered and the hearing may not be held if you do not timely file and serve a written response.

Date of Mailing or other service: 11/04/2016

/s/ Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Attorney for Movant
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 434-7955