**WWR # 21312111**

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Charles A Lombardo ) | |
| Lonna J Lombardo ) | Bankruptcy No. 16-70510-JAD |
|       Debtors ) | |
| ) | Chapter 13 |
| Ford Motor Credit Company LLC ) | |
| ) | |
|       Movant ) | |
| ) | |
| v. ) | |
| ) | |
| Charles A Lombardo ) | |
| Lonna J Lombardo ) | |
| Ronda J. Winnecour, TRUSTEE ) | |
|       Respondents ) | |

## ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

      This cause came on for hearing this _____ day of _____, 2016, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

      This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2013 Ford Super Duty F-250 SRW, (VIN No.: 1FT7X2BT0DEB02968); that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

      IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

 

_____
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA  15219
(412) 434-7955