**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Charles A Lombardo ) | |
| Lonna J Lombardo ) | Bankruptcy No. 16-70510-JAD |
|       Debtors ) | |
| ) | Chapter 13 |
| Ford Motor Credit Company LLC ) | |
| ) | |
|       Movant ) | |
| ) | |
| v. ) | **DEFAULT O/E JAD** |
| ) | |
| Charles A Lombardo ) | |
| Lonna J Lombardo ) | |
| Ronda J. Winnecour, TRUSTEE ) | Related to Docs. #24, 28 |
|       Respondents ) | |

### ORDER ON MOTION FOR RELIEF FROM AUTOMATIC STAY

This cause came on for hearing this __23rd__ day of __November__, 2016, in said District, upon the Motion of Ford Motor Credit Company LLC for Relief from Automatic Stay. Upon statements of counsel, the evidence and law:

This Court FINDS that Ford Motor Credit Company LLC, Movant herein, is a creditor of the estate by virtue of a certain Retail Installment Contract with the Debtors, secured by a 2013 Ford Super Duty F-250 SRW, (VIN No.: 1FT7X2BT0DEB02968); that the Movant has not been adequately protected; that the Debtors have no equity in the property and that said property is of inconsequential value to the estate; and that the Movant is entitled to the relief prayed for in accordance with the terms set forth herein.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Ford Motor Credit Company LLC be and is hereby granted relief from the Automatic Stay to take the necessary steps to repossess and liquidate its collateral referenced herein.

_____ sjk
Honorable Jeffery A. Deller
United States Bankruptcy Judge

Keri P. Ebeck
PA I.D. #91298 kebeck@weltman.com
Weltman, Weinberg & Reis, Co., L.P.A.
436 Seventh Avenue
Suite 2500
Pittsburgh, PA 15219
(412) 434-7955

FILED
11/23/16 9:53 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-70510-JAD
Charles A Lombardo                                                    Chapter 13
Lonna J Lombardo
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-7          User: amaz          Page 1 of 1          Date Rcvd: Nov 23, 2016
                              Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 25, 2016.
db/jdb         +Charles A Lombardo,   Lonna J Lombardo,   1529 Village Road,   Clearfield, PA 16830-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2016                                         Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 23, 2016 at the address(es) listed below:
          Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
           AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
           2005-AB4 bkgroup@kmllawgroup.com
          Kenneth P. Seitz    on behalf of Joint Debtor Lonna J Lombardo thedebterasers@aol.com
          Kenneth P. Seitz    on behalf of Debtor Charles A Lombardo thedebterasers@aol.com
          Keri P. Ebeck     on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
           jbluemle@weltman.com
          Office of the United States Trustee     ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 6