# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| | : Bankruptcy No. 16-70510-JAD |
| Charles A. Lombardo and | : |
| Lonna J. Lombardo, | : Chapter 13 |
|     Debtors | : |
| | : |

## CERTIFICATE OF SERVICE OF LOCAL FORM NO. 12

I, Jessica L. Tighe, Legal Assistant for the Law Offices of Kenny P. Seitz certify I am over the age of eighteen years old under penalty of perjury that I served or caused to be served, on the 18th day of January, 2017, a true and correct copy of the Order dated January 17, 2017, together with the above Husband-Debtor's Local Form No. 12 (with the complete social security number) by First-Class Mail. U.S. Postage paid on the Parties below:

> COMMONWEALTH OF PENNSYLVANIA
> BUREAU OF COMMONWEALTH PAYROLL OPERATIONS
> P.O. BOX 8006
> HARRISBURG, PA 17105
>
> CHARLES A. LOMBARDO
> LONNA J. LOMBARDO
> 1529 VILLAGE ROAD
> CLEARFIELD, PA 16830

Chapter 13 Trustee, Ronda J. Winnecour, Esquire will not be served per her request.

Executed on: January 18, 2017

Respectfully submitted,
/s/Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P. O. Box 211
Ligonier, PA  15658
(814) 536-7470
Attorney for Debtors