**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | Case No. 16-70510-JAD |
| Charles A. Lombardo and | : | |
| Lonna J. Lombardo, | : | Chapter 13 |
|     Debtors | : | |
| | : | Docket No. 32 |
| Lonna J. Lombardo, | : | |
|     Movant | : | Filed Under Local Bankruptcy |
| | : | Rule 9013.4 Para. 6(c) |
| vs. | : | |
| | : | |
| Commonwealth of Pennsylvania | : | |
| Bureau of Commonwealth | : | |
| Payroll Operations | : | |
| P.O. Box 8006 | : | |
| Harrisburg, PA 17105 | : | |
|     Respondent | : | |
| and | : | |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|     Additional Respondent | : | |
| | : | |
| Social Security No. xxx-xx-1636 | : | |

### ORDER TERMINATING PAYROLL DEDUCTION

Upon representation of the above-named Debtor, having filed a Chapter 13 Petition and having moved to attach wages to fund the Chapter 13 Plan.

IT IS THEREFORE, ORDERED that the wage attachment currently in place with the Commonwealth of Pennsylvania, Bureau of Commonwealth Payroll Operations, P.O. Box 8006, Harrisburg, PA 17105 is terminated.

IT IS FURTHER ORDERED that this Order supersedes previous order made to the above-named entity.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment Order except as may be allowed to upon application to and Order of this Court.

DATED this __17th__ day of ____January____, 2017.

FILED
1/17/17 11:56 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ sjk
Jeffery A. Deller
Chief United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                            Case No. 16-70510-JAD
Charles A Lombardo                                                Chapter 13
Lonna J Lombardo
      Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7        User: amaz              Page 1 of 1            Date Rcvd: Jan 17, 2017
                            Form ID: pdf900         Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 19, 2017.
db/jdb        +Charles A Lombardo,   Lonna J Lombardo,   1529 Village Road,   Clearfield, PA 16830-1137

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 17, 2017 at the address(es) listed below:
              James  Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-AB4 bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-AB4 bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Lonna J Lombardo thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Charles A Lombardo thedebterasers@aol.com
              Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                             TOTAL: 7