# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## CONCILIATION CONFERENCE MINUTES

**_Conciliation Conference:_**

- **Debtor:** CHARLES A & LONNA J LOMBARDO
- **Case Number:** 16-70510-JAD    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, FEBRUARY 02, 2017 11:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

FILED
2/3/17 9:46 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**_Matter:_**

#8 - Final Confirmation of Plan Dated 7/21/16 NFC
R / M #: 8 / 0

**_Appearances:_**

Debtor: _Seitz_

Trustee: Winnecour / Bedford / Pail / Katz

Creditor:

**_Proceedings:_**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
    Objections are due on or before _____ .
    A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. __✓__ Other:

Debtors wish to dismiss case.
Mt. to Dismiss w/in 10 days.

1/27/2017  4:16:58PM