# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 16-70510-JAD |
| Charles A. Lombardo and | : | |
| Lonna J. Lombardo, | : | Chapter 13 |
| Debtors | : | |
| Charles A. Lombardo and | : | Docket No. 42 |
| Lonna J. Lombardo, | : | |
| Movants | : | Hearing Date & Time : March 8, 2017 |
| vs. | : | 10:00 AM |
| Bank of America, | : | |
| Citibank/Sears, | : | |
| Dept. of Education, | : | |
| Ford Motor Credit, | : | |
| OLSA Student Loan Servicing, | : | |
| PSECU, | : | |
| PNC Bank, | : | |
| Portfolio Recovery Associates, | : | |
| SunTrust Bank, | : | |
| The Bank of New York Mellon, | : | |
| Respondents | : | |
| and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Additional Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING DEBTORS' MOTION TO DISMISS CHAPTER 13 CASE

The undersigned hereby certifies that as of the date hereof, no answer, no objection or other responsive pleading to the Debtors' Motion to Dismiss Chapter 13 Case filed on February 13, 2017, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection, or other responsive pleading to the Debtors' Motion to Dismiss Chapter 13 Case appears thereon. Pursuant to the Notice of Hearing, objections to the Debtors' Motion to Dismiss Chapter 13 Case were to be filed and served no later than March 2, 2017.

It is hereby respectfully requested that the Order attached to the Debtors' Motion to Dismiss Chapter 13 Case be entered by the Court.

Dated: <u>March 3, 2017</u>    /s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
The Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470