**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | **DEFAULT O/E JAD** |
| | : | |
| CHARLES A. LOMBARDO AND LONNA J. LOMBARO, | : | Bankruptcy No. <u>16-70510JAD</u> |
| | : | Doc. No. <u>39</u> |
| | : | |
| Debtor(s) | : | Chapter 13 |

### ORDER DISMISSING CASE WITHOUT PREJUDICE
### AND TERMINATING INCOME ATTACHMENT

**AND NOW,** this **3rd** day of **March, 2017, IT IS HEREBY ORDERED** that the above-captioned case is **DISMISSED WITHOUT PREJUDICE** and that the Debtor(s) remain legally liable for all of his/her debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to 11 U.S.C. § 349, and creditors are directed to title 11 U.S.C. § 108 (c) for time limits on filing a lawsuit to collect; generally, a creditor's lawsuit must be filed by the later of (1) the time deadline prescribed by state law, or (2) thirty days after date of this notice.

**IT IS FURTHER ORDERED** that if this case is dismissed, with prejudice, pursuant to 11 U.S.C. § 109(g), the Debtor is ineligible to file bankruptcy under any chapter for one-hundred eighty (180) days.

**IT IS FURTHER ORDERED** that each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment order knows to stop the attachment, the Debtor shall serve a copy of this order on each such employer and entity immediately.

**IT IS FURTHER ORDERED** that the court retains jurisdiction over the Trustee's Final Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

**IT IS FURTHER ORDERED** that the Clerk shall give notice to all creditors of this dismissal.

jsf

_____
**JEFFERY A. DELLER**
U.S. Bankruptcy Judge

cm:    **All Creditors And All Parties In Interest**

United States Bankruptcy Court
Western District of Pennsylvania

```
In re:                                                          Case No. 16-70510-JAD
Charles A Lombardo                                              Chapter 13
Lonna J Lombardo
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0315-7          User: amaz               Page 1 of 2            Date Rcvd: Mar 03, 2017
                              Form ID: pdf900          Total Noticed: 17
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 05, 2017.
db/jdb         +Charles A Lombardo,    Lonna J Lombardo,    1529 Village Road,   Clearfield, PA 16830-1137
14259517       +Bank of America,    P.O. Box 15019,   Wilmington, DE 19886-5019
14259518       +Citibank / Sears,    Citicorp Credit Services/Attn: Centraliz,   Po Box 790040,
                 Saint Louis, MO 63179-0040
14259519       +Dept Of Edu/osla Servi,    525 Central Park Dr Ste,   Oklahoma City, OK 73105-1723
14269414      ++FORD MOTOR CREDIT COMPANY,    P O BOX 62180,   COLORADO SPRINGS CO 80962-2180
                (address filed with court:   Ford Motor Credit Company, LLC,    P.O. Box 62180,
                 Colorado Springs, CO  80962)
14259520       +Ford Motor Credit,    One American Road,    Dearborn, MI 48126-2701
14272519        OLSA Student Loan Servicing,    PO Box 18475,   Oklahoma City, OK 73154-0475
14314599       +PNC BANK N.A.,    PO BOX 94982,   CLEVELAND, OH 44101-4982
14259522       +PNC Bank,   1 Financial Way,    Kalamazoo, MI 49009-8002
14259524       +PNC Bank Credit Card,    Po Box 5570,   Mailstop BR- YB58-01-5,   Cleveland, OH 44101-0570
14259523        Pnc Bank,    249 5th Sve Ste 30,   Pittsburgh, PA 15222
14259526       +SunTrust Bank,    P.O. Box 85024,   Richmond, VA 23285-5024
14264038       +SunTrust Bank,    Attn: Support Services,    P.O. Box 85092,   Richmond, VA 23286-0001
14259527       +Us Dept of Ed/Great Lakes Educational Lo,    2401 International,   Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14259521       +E-mail/Text: bankruptcynotices@psecu.com Mar 04 2017 01:29:27     P S E C U,
                 Attention: Bankruptcy,    Po Box 67013,   Harrisburg, PA 17106-7013
14335509        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Mar 04 2017 01:44:50
                 Portfolio Recovery Associates, LLC,    POB 12914,   Norfolk VA 23541
14337100        E-mail/Text: bankruptcy.bnc@ditech.com Mar 04 2017 01:28:54     The Bank of New York Mellon,
                 c/o Ditech Financial LLC,   PO Box 6154,   Rapid City, SD 57709-6154
                                                                                              TOTAL: 3

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Ford Motor Credit Company LLC
cr              THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO
14259525        Robert Lombardo
cr*            PNC Bank, N.A.,   P.O. Box 94982,   Cleveland, OH  44101-4982
                                                                                  TOTALS: 3, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-AB4 bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET-BACKED CERTIFICATES, SERIES
               2005-AB4 bkgroup@kmllawgroup.com
              Kenneth P. Seitz    on behalf of Joint Debtor Lonna J Lombardo thedebterasers@aol.com
              Kenneth P. Seitz    on behalf of Debtor Charles A Lombardo thedebterasers@aol.com
              Keri P. Ebeck    on behalf of Creditor    Ford Motor Credit Company LLC kebeck@weltman.com,
               jbluemle@weltman.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
```

```
District/off: 0315-7          User: amaz              Page 2 of 2              Date Rcvd: Mar 03, 2017
                              Form ID: pdf900         Total Noticed: 17
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
TOTAL: 7