**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

    CHARLES A LOMBARDO
    LONNA J LOMBARDO
            Debtor(s)

    Ronda J. Winnecour
            Movant
           vs.
    No Repondents.

Case No.:16-70510 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

    1. The case was filed on 07/14/2016 and confirmed on 09/29/2016. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

    2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 14,194.32 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 14,194.32 |
| Administrative Fees | | |
|     Filing Fee | 0.00 | |
|     Notice Fee | 0.00 | |
|     Attorney Fee | 761.11 | |
|     Trustee Fee | 607.55 | |
|     Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,368.66 |

| Creditor Type  Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 0.00 | 10,509.39 | 0.00 | 10,509.39 |
|     Acct: 5141 | | | | |
|   PNC BANK NA | 0.00 | 1,492.67 | 0.00 | 1,492.67 |
|     Acct: 2965 | | | | |
|   PNC BANK NA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 2965 | | | | |
|   BANK OF NEW YORK MELLON - TRUSTEE | 2,828.66 | 0.00 | 0.00 | 0.00 |
|     Acct: 5141 | | | | |
|   FORD MOTOR CREDIT CO(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7790 | | | | |
|   SUNTRUST BANK** | 15,551.58 | 0.00 | 823.60 | 823.60 |
|     Acct: 0384 | | | | |
| | | | | 12,825.66 |
| Priority | | | | |
|   KENNETH P SEITZ ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   CHARLES A LOMBARDO | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |

| 16-70510 JAD | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| LAW OFFICES OF KENNETH P SEITZ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KENNETH P SEITZ ESQ  Acct: | 3,648.00 | 761.11 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| PORTFOLIO RECOVERY ASSOCIATES, LLC  Acct: 7644 | 921.57 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION  Acct: 9949 | 0.00 | 0.00 | 0.00 | 0.00 |
| OSLA O/B/O US DEPARTMENT OF EDUCA  Acct: 1636 | 17,416.37 | 0.00 | 0.00 | 0.00 |
| PA STATE EMPLOYEES CU  Acct: 1636 | 16,324.80 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 7487 | 1,100.62 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 0931 | 11,169.48 | 0.00 | 0.00 | 0.00 |
| US DEPARTMENT OF EDUCATION**  Acct: 8581 | 0.00 | 0.00 | 0.00 | 0.00 |
| CREDITOR INFORMATION MISSING OR VAC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSHUA I GOLDMAN ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 12,825.66 |
|---|---|---|

TOTAL CLAIMED
| | |
|---|---|
| PRIORITY | 0.00 |
| SECURED | 18,380.24 |
| UNSECURED | 46,932.84 |

Date: 04/12/2017

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com